**GIRARD SHARP LLP**
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiffs B.B. and C.C.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B. and C.C., <br><br> Plaintiffs, <br><br> v. <br><br> COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 4:24-cv-04405-JST <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFFS PURSUANT TO FED. RULE CIV. P. 41(a)** <br><br> Judge: Hon. Jon S. Tigar |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs B.B. and C.C. hereby voluntarily dismiss their claims without prejudice. Defendants have not served an answer or motion for summary judgment and Plaintiffs have not previously dismissed any federal or state-court action based on the same claim.

Dated: January 14, 2025

Respectfully submitted,

/s/ Dena C. Sharp

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
Patrick T. Johnson (State Bar No. 329580)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: ngliozzo@girardsharp.com
Email: pjohnson@girardsharp.com

*Counsel for Plaintiffs B.B. and C.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Dena C. Sharp*
Dena C. Sharp